IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALVIN DEWAYNE STRONG | ) | |
| | ) | |
| V. | ) | 3-06-CV-556-N |
| | ) | |
| DALLAS COUNTY GOVERNMENT, | ) | |
| ET AL | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SIGNED December 18, 2006.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ALVIN DEWAYNE STRONG** ) | |
| ) | |
| **V.** ) | **3-05-CV-556-N** |
| ) | |
| **DALLAS COUNTY GOVERNMENT,** ) | |
| **ET AL** ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

  United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

  SO ORDERED this ____ day of _____, 2006.

                     _____
                     DAVID C. GODBEY
                     UNITED STATES DISTRICT JUDGE